NORCOTT and PALMER, Js., did not participate in the consideration or decision of this petition.

*Denise B. Smoker*, senior assistant state's attorney, in support of the petition.

*Stephanie L. Evans*, special public defender, in opposition.

Decided September 20, 2006

## IN RE LEAH S.

The petition by the commissioner of children and families for certification for appeal from the Appellate Court, 96 Conn. App. 1 (AC 25903), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's finding of contempt against the petitioner?"

The Supreme Court docket number is SC 17737.

*Tammy Nguyen-O'Dowd*, assistant attorney general, in support of the petition.

*Susan B. Carr*, in opposition.

Decided September 20, 2006

## STATE OF CONNECTICUT *v.* JOHN L. SILANO

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 341 (AC 25986), is denied.

*Martha Brooke Hansen*, special public defender, in support of the petition.